**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| **ANNE RICHARDSON GEIGER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LEXINGTON COUNTY SCHOOL DISTRICT TWO, WILLIAM H. BINGHAM, JR, ELIZABETH DICKERSON BRANHAM, GLEN M. CONWELL, BRADFORD W. GILES, CYNTHIA M. KESSLER, CATHERINE M. KESSLER and LINDA ALFORD-WOOTEN, in their official capacities as Members of the Board of Trustees of LEXINGTON COUNTY SCHOOL DISTRICT TWO, ANGELA COOPER, in her capacity as Chief Human Resources Officer and WILLIAM JAMES, in his capacity as Superintendent of LEXINGTON SCHOOL DISTRICT TWO,**<br><br>**Defendants.** | **C/A No.:** 3:16-cv-237-TLW<br><br>**PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff, Anne Richardson Geiger, would respond to the Local Rule 26.01 Interrogatories as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

None.

(B) As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**

Each claim, except the 42 USC §300bb claim, seeks legal damages and should be tried by a jury. The §300bb claim is equitable and may be heard by the Court.

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

Plaintiff is not a publicly owned company.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**

As the Plaintiff and all Defendants all reside in Lexington County, this Division is proper.

(E) In this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they

should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges?

**ANSWER:**

N/A.

Respectfully Submitted,

s/ Michael H. Montgomery
Michael H. Montgomery
USDC DSC ID#3960
MONTGOMERY WILLARD, LLC
1002 Calhoun Street (29201)
P.O. Box 11886
Columbia, South Carolina 29211-1886
mhm@montgomerywillard.com

ATTORNEYS FOR PLAINTIFF
ANNE RICHARDSON GEIGER

Columbia, South Carolina
January 25, 2016