IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Anne Richardson Geiger, | ) | C/A 3:16-237-TLW |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Lexington County School District Two, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ___________________________________________ | ) | |

The court having now been advised by counsel for the parties that this case has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. The dismissal hereunder shall be *with prejudice* if no action is taken within sixty (60) days from the filing date of this Order.

IT IS SO ORDERED.

March 24, 2016
Columbia, SC

s/Terry L. Wooten
Terry L. Wooten
Chief United States District Judge